**Order entered March 20, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00195-CV

### AEG POWER SOLUTIONS GMBH, Appellant/Cross-Appellee

### V.

### CREATION TECHNOLOGIES TEXAS LLC, Appellee/Cross-Appellant

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-15065**

## ORDER

This appeal and cross-appeal stem from separate trial court orders in the same underlying suit. The underlying suit was filed by Creation Technologies Texas LLC against AEG Power Solutions GMBH ("AEG Germany"), AEG Power Solutions B.V. ("AEG"), and others. The appeal challenges the denial of AEG Germany's special appearance; the cross-appeal challenges the granting of AEG's special appearance. AEG Germany did not request the reporter's record, and its brief on the merits was timely filed within twenty days of the filing of the clerk's record. Creation Technologies' combined appellee's and cross-appellant's brief is currently due April 2, 2019.

Because different orders and different parties are at issue in the appeal and cross-appeal, Creation Technologies has moved to separate the appeals. AEG Germany and AEG oppose the motion.

We **GRANT** the motion and **DIRECT** the Clerk of the Court to assign a new appellate cause number to Creation Technologies' appeal. The new appeal shall be styled "Creation Technologies Texas LLC v. AEG Power Solutions B.V." As the clerk's record filed in this appeal contains a copy of the order granting AEG's special appearance, we further **DIRECT** the Clerk of the Court to include in the new appeal a copy of the clerk's record.

We note the docketing statement filed by Creation Technologies reflects it requested the reporter's record February 14, 2019. As of this date, however, the record has not been filed. Accordingly, we **ORDER** Diane L. Robert, Official Court Reporter of the 14th Judicial District Court, to file the record no later than April 1, 2019. The record shall be filed in the new appeal.

Creation Technologies' brief in the new appeal shall be filed within twenty days of the filing of the reporter's record. Its brief in this appeal remains due April 2nd.

We **DIRECT** the clerk of the Court to send a copy of this order to Ms. Robert and the parties.

/s/     KEN MOLBERG
JUSTICE